UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AARON J. CURRY,                                CIVIL NO. 17-4342 (MJD/DTS)

    Plaintiff,

v.                                                              ORDER

DEPARTMENT OF
MOTOR VEHICLES,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated December 19, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. This matter is SUMMARILY DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The application to proceed *in forma pauperis* (Docket No. 2) is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  January 23, 2018

                                            s/Michael J. Davis
                                            MICHAEL J. DAVIS
                                            United States District Court Judge